842

*ton J. Come* for respondent.

No. 278. J. GORDON TURNBULL, INC. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 279. TURNBULL, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Wentworth T. Durant* for petitioners in each case. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Crombie J. D. Garrett* for respondent in both cases. Reported below: No. 278, 373 F. 2d 87; No. 279, 373 F. 2d 91.

No. 300. POLLOCK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Kasanof* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 303. CINCINNATI GAS & ELECTRIC CO. ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 6th Cir. Certiorari denied. *Walter E. Beckjord* for petitioners. *Solicitor General Marshall, Richard A. Solomon, Peter H. Schiff, Drexel D. Journey* and *Israel Convisser* for respondent.

No. 307. PERRY PUBLICATIONS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Harrison C. Thompson, Jr.,* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for respondent.

No. 311. PERMA-HOME CORP. ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 318. HILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Paul Gordon* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson,*

*Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 315. SNYDER *v.* TURLEY, WARDEN. C. A. 3d Cir. Certiorari denied. *Louis Lipschitz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 320. SERMAN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Dan W. Duffy* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 321. OGLE PROTECTION SERVICE, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *David E. Burgess* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 343. MALTBY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Robert Vogel* for petitioner. *Solicitor General Marshall* for the United States.

No. 349. HOFFMAN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Thomas H. King* for petitioner. *Solicitor General Marshall* for the United States.

No. 350. LOCAL UNION No. 742, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Bernard M. Mamet* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for respondent.

No. 352. DISTRICT LODGE No. 15, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Stephen C. Vladeck* and *Judith P. Vladeck*